# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144383

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DANIEL L. FINK, M.D.,
      Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION,
      Respondent-Appellee.

SC: 144383
COA: 299124
Ingham CC: 09-001459-AA

_____/

      On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

t0514